IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JULIEANN K. MILK,<br><br>                    Defendant. | 8:20CB4<br><br>**ORDER** |

      This matter is before the court on Government's Motion to Dismiss and Vacate Warrant (Filing No. 47). Government's Motion to Dismiss and Vacate Warrant (Filing No. 47) is granted. This case which involves, Violation Notice W0801720-NE22, is dismissed. The warrant is canceled.

      Dated this 12th day of January, 2021.

                                                            BY THE COURT:

                                                            s/ Susan M. Bazis
                                                            United States Magistrate Judge